## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISON

MARK A. HILL,

    Petitioner,

v.

ROBIN KNAB, WARDEN,

    Respondent.

CASE NO. 2:11-CV-755
JUDGE GRAHAM
MAGISTRATEJUDGE KING

### ORDER

On November 10, 2011, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Order and Report and Recommendation*, Doc. No. 20. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, no objections have been filed.[1]

The *Report and Recommendation*, Doc. No. 20, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

Date January 16, 2013

                s/James L. Graham
                JAMES L. GRAHAM
                United States District Judge

---

[1] Petitioner was granted two (2) extensions of time in which to file objections. *Order*, Doc. No. 23; *Order*, Doc. No. 25. Objections were due by January 10, 2013. *Order*, Doc. No. 25.