**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MARK A. HILL,**

        **Petitioner,**

    **v.**

**WARDEN, CHILLICOTHE**
**CORRECTIONAL INSTITUTION,**

    **Respondent.**

**Case No. 2:11-cv-755**
**Judge Graham**
**Magistrate Judge King**

## OPINION AND ORDER

On April 22, 2016, the Magistrate Judge recommended that *Petitioner's Rule 60(b)(6) and 60(d)(3) Motion for Relief from Judgment* ("*Petitioner's Motion*"), ECF No. 39, be denied. *Report and Recommendation,* ECF No. 42.  Although the parties were advised of the right to object to the Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation,* ECF No. 42, is **ADOPTED** and **AFFIRMED.** *Petitioner's Motion,* ECF No. 39, is **DENIED**.

Date: May 13, 2016

        _____s/James L. Graham_____
        James L. Graham
        United States District Judge